IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-50249
Conference Calendar

_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

JUAN ANTONIO REQUENES-SAUCEDO,

                                        Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. SA-97-284-1
- - - - - - - - - -
December 10, 1998

Before DAVIS, DeMOSS, and STEWART, Circuit Judges.

PER CURIAM:[*]

    Court-appointed counsel for Juan Antonio Requenes-Saucedo
has moved for leave to withdraw and has filed a brief as required
by Anders v. California, 386 U.S. 738 (1967).  Requenes has filed
a response.  Our independent review of the brief, the record, and
Requenes' response discloses no nonfrivolous issue.  Accordingly,
the motion for leave to withdraw is GRANTED, counsel is excused
from further responsibilities herein, and the APPEAL IS
DISMISSED.

---

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Requenes' motion for appointment of substitute counsel is DENIED.  See United States v. Wagner, 158 F.3d 901, 902-03 (5th Cir. 1998).

APPEAL DISMISSED; MOTION FOR LEAVE TO WITHDRAW GRANTED; MOTION FOR SUBSTITUTION OF COUNSEL DENIED.